

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

**Matthew Cohen, Esq.**
MCohen@kaufmandolowich.com

www.kaufmandolowich.com

**Solomon Abramov, Esq.**
SAbramov@kaufmandolowich.com

## MEMO ENDORSED

September 13, 2024

**VIA ECF**
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Defendant's request to extend the time to file a motion for summary judgment is extended from September 26, 2024, to October 25, 2024. Plaintiff's opposition is due December 6, 2024. Defendant's reply is due December 20, 2024.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: September 12, 2024
> New York, New York

   **Re:   Manukian v. Procida Construction Corp.**
   **Docket No.:   1:23-cv-10249-ER-BCM**

Dear Judge Ramos:

   This firm represents the Defendant, Procida Construction Corp. ("Defendant"), in this matter. We write, with Plaintiff's consent, to respectfully request a 30-day extension of time for Defendant to file its Summary Judgment motion, from September 26, 2024 to October 25, 2024, and to So-Order the following briefing schedule for the motion:[1]

- Defendant to file and email its moving papers by October 25, 2024;
- Plaintiff to file and email his opposition papers by December 6, 2024; and
- Defendant to file and email its reply papers by December 20, 2024.

   The reason for the extension is that the parties are still waiting for the Court reporter to provide a complete copy of Plaintiff's deposition transcript with accompanying exhibits. We were advised by the Court reporting company that they are presently experiencing issues with UPS which has led to this delay. It is anticipated that a complete transcript will be provided in the coming weeks. The extension is necessary to obtain and review the transcript with exhibits, and to then draft the summary judgment motion.

   This is Defendant's first request for an extension of the Summary Judgment filing deadline and, as previously mentioned, is made with Plaintiff's consent.

---

[1] The Plaintiff in this case is *pro se*. As such, in addition to filing the motion papers with the Court, they will also be exchanged by email.

The Honorable Edgardo Ramos, U.S.D.J.
September 13, 2024
Page **2** of **2**

      We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich, LLP

Matthew Cohen
Solomon Abramov

cc:   **<u>Via Email</u>**
     Plaintiff *Pro Se*
     Armen Manukian
     Manukian86@gmail.com