**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ARMEN MANUKIAN,

               Plaintiff,               23 **CIVIL** 10249 (ER)

    -against-                      **<u>JUDGMENT</u>**

PROCIDA CONSTRUCTION CORP. NEW YORK,

               Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated September 5, 2025, Procida's motion is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

     September 8, 2025

                                                **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                     **BY:**       *K. Mango*

                                                    **Deputy Clerk**